**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-7947**

———————

CHRISTOPHER GIBBS, JR.,

                Plaintiff – Appellant,

     v.

STATE COMMISSIONER # 2124, c/o Wicomico County Detention
Center

              Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Paul W. Grimm, District Judge.  (8:13-
cv-03108-PWG)

———————

Submitted:  February 27, 2014       Decided:  March 5, 2014

———————

Before NIEMEYER, KING, and AGEE, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Christopher Gibbs, Jr., Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Gibbs, Jr., appeals the district court's order dismissing his civil action without prejudice pursuant to Younger v. Harris, 401 U.S. 37 (1977). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Gibbs v. State Comm'r # 2124, No. 8:13-cv-03108-PWG (D. Md. Nov. 15, 2013). We deny Gibbs' motion for counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED